[No. 4016–1. Division One. August 1, 1977.]

GEORGE SPECHT, ET AL, *Appellants,* v. WILLIAM A. DORSEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 34691, Harry A. Follman, J., entered July 7, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4174–1. Division One. August 1, 1977.]

ROBERT O. PHILLIPS, *Appellant,* v. ISAAC GAMEL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 784569, Peter K. Steere, J., entered September 16, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4293–1. Division One. August 1, 1977.]

ROBERT FAILS, ET AL, *Appellants,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 769214, Peter K. Steere, J., entered November 24, 1975. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.

[No. 4511–1. Division One. August 1, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES M. DOIDGE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 8943, Byron L. Swedberg, J., entered January 15, 1976. *Affirmed* by unpublished per curiam opinion.